DION N. COMINOS (SBN: 136522)
dcominos@gordonrees.com
MARK C. RUSSELL (SBN: 208865)
mrussell@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant/Counterclaimant
STATES RECOVERY SYSTEMS, INC.

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ADONA ALLEN,<br><br>         Plaintiff,<br><br>vs.<br><br>STATES RECOVERY SYSTEMS,<br><br>         Defendant. /<br><br>STATES RECOVERY SYSTEMS, INC.,<br><br>         Counterclaimant,<br><br>vs.<br><br>ADONA ALLEN,<br><br>         Counter-Defendant. / | CASE NO. 2:09-cv-00877-GGH<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER<br><br>Fed. R. Civ. P. 41(A)(1)<br><br>Complaint Filed: April 15, 2009<br>Trial Date: Not Set. |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, ADONA ALLEN, and Defendant, STATES RECOVERY SYSTEMS, INC., stipulate, and the Court hereby orders, as follows:

1.    The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, ADONA ALLEN, against Defendant, STATES RECOVERY SYSTEMS, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1); and

-1-

1       2.   The claims asserted by Defendant, STATES RECOVERY SYSTEMS, INC.,

2   against Plaintiff, ADONA ALLEN, in the above-captioned proceeding are hereby dismissed,

3   with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

4   Dated: _____2/26_____, 2010     GORDON & REES LLP

5

6                                       By: _____

7                                          MARK C. RUSSELL
                                     Attorneys for

8                                        Defendant/Counterclaimant
                                     STATES RECOVERY SYSTEMS,

9                                        INC.

10  Dated: _____March 2_____, 2010     KROHN & MOSS, LTD.

11

12                                        By: _____

13                                         MICHAEL S. AGRUSS
                                     Attorneys for Plaintiff:

14                                         ADONA ALLEN

15

16

17  THE FOREGOING STIPULATION
    IS APPROVED AND IS SO ORDERED.

18  Dated: March 15, 2010

19

20  **GREGORY G. HOLLOWS**

21  The Honorable Gregory G. Hollows
    United States District Judge

22

23

24

25

26

27

28

                                    -2-