DION N. COMINOS (SBN: 136522)
dcominos@gordonrees.com
MARK C. RUSSELL (SBN: 208865)
mrussell@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant/Counterclaimant
STATES RECOVERY SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ADONA ALLEN, | CASE NO. 2:09-cv-00877-GGH |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER |
| vs. | |
| STATES RECOVERY SYSTEMS, | Fed. R. Civ. P. 41(A)(1) |
| Defendant. | |
| STATES RECOVERY SYSTEMS, INC., | Complaint Filed: April 15, 2009<br>Trial Date: Not Set. |
| Counterclaimant, | |
| vs. | |
| ADONA ALLEN, | |
| Counter-Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, ADONA ALLEN, and Defendant, STATES RECOVERY SYSTEMS, INC., stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, ADONA ALLEN, against Defendant, STATES RECOVERY SYSTEMS, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1); and

-1-

STIPULATION OF DISMISSAL                                   CASE NO. 2:09-cv-00877-GGH

2. The claims asserted by Defendant, STATES RECOVERY SYSTEMS, INC., against Plaintiff, ADONA ALLEN, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: 2/25, 2010          GORDON & REES LLP

By: _____
MARK C. RUSSELL
Attorneys for
Defendant/Counterclaimant
STATES RECOVERY SYSTEMS, INC.

Dated: March 2, 2010          KROHN & MOSS, LTD.

By: _____
MICHAEL S. AGRUSS
Attorneys for Plaintiff,
ADONA ALLEN

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: March 15, 2010

GREGORY G. HOLLOWS
The Honorable Gregory G. Hollows
United States District Judge

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-
STIPULATION OF DISMISSAL                    CASE NO. 2:09-cv-00877-GGH